April 17, 2018

Clerk of the Court
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

re: Donati v. Drummond Civil No. TDC-16-3293

Dear Clerk:

The attorney that was appointed by this court (i.e. Mr. Billings-Kang), has withdrawn -or will- from the above captioned case according to a recent letter I received from him. He also filed a motion to Modify the Scheduling order. A day after I was informed about the withdrawl -on Mr. Billing-Kang's part- I motioned the court for reappointment of counsel, and to postpone the scheduling indefinitely until another lawyer could be appointed. Mr. Billing-Kang is on indefinite Medical leave.

I recently learned of a lawyer named Samuel M. Shapiro in Rockville, Maryland who has done quite a bit of work on inmate cases. I sent him a letter yesterday with a brief outline of my case, and where we are at. I'm hoping he'll be interested.

It is my belief that if the honorable court would appoint Mr. Shapiro, he would accept this case, and do a good job. Unlike Mr. Billings-Kang, Mr. Shapiro is all to familiar with how things work in the Maryland Department of Corrections, and how the state puts roadblocks in the way. I had not spoken to Mr. Billings-Kang directly, but in one of the letters I got from him he seemed frustrated that the state would not respond to him correctly, or supply him with the requested Medical records.

As you may know, I have submitted all the medical records - and paid for them myself - with my complaint, and motions. I told Mr. Billings-Kang this, and I do not believe he tried to get copies from your office. I do know he was getting impatient with the state, the roadblocks, and the difficulty with meeting with me. (We never met face to face.)

I am writing this letter to briefly outline thing that this honorable court should know.

I am contacting this court myself because Mr. Billings-Kang is withdrawing, and as such I must do so.

The attorney you may want to appoint is listed below. As I said, he knows the ropes of prison litigation. The facility I'm filing suit against was the subject of the largest Corruption Indictment by the federal government in the Nations history. Over eighty inmates and officers were indicted for racketeering in drugs. Officers were scheduling - on many occasions - hits by gangs on informers, as the guards were bring in the opiates, and suboxian. I was set up twice to be hit.

Your help in this matter would be appreciated so much.

Michael E. Donati 407613/0134860
18701 Roxbury Rd
Hagerstown, Maryland 21746